IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 20-14467-mdc |
| | ) | |
| PHILIP NIMOITYN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Joshua D. Zimberg in the above-captioned matter, as counsel of record for the United States. Mr. Zimberg requests to be served with copies of all filed papers.

DATED: April 6, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Joshua D. Zimberg*
Joshua Zimberg
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
202-598-3739 (v)
202-514-6866 (f)
Joshua.D.Zimberg@usdoj.gov
*Counsel to the United States of America*