**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

In re: PHILIP NIMOITYN § Case No. 20-14467-PMM
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/17/2020. The undersigned trustee was appointed on 11/19/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $        416,715.33

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 193.03 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 416,522.30 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/01/2021 and the deadline for filing governmental claims was 05/17/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $24,085.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $24,085.77, for a total compensation of $24,085.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.66 for total expenses of $6.66[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/11/2024　　　　　　　　　　By: /s/ Christine C. Shubert　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 20-14467-PMM | | Trustee Name: | (500770) Christine C. Shubert |
|---|---|---|---|---|
| Case Name: | PHILIP NIMOITYN | | Date Filed (f) or Converted (c): | 11/17/2020 (f) |
| | | | § 341(a) Meeting Date: | 12/23/2020 |
| For Period Ending: | 07/11/2024 | | Claims Bar Date: | 04/01/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2009 Jeep Grand Cherokee 72200 miles | 2,241.50 | 0.00 | | 0.00 | FA |
| 2 | Two Cell Phones | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Tennis Raquet | 30.00 | 0.00 | | 0.00 | FA |
| 4 | Various Clothing Articles | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Books | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 60.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Santander Bank (Joint Account) ending 8017 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account: Santander Bank (Joint Account) ending 2255 | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Neutraceutical Holdings 400 Units | 8,000.00 | 0.00 | | 0.00 | FA |
| 11 | MyPrivateHeart, LLC 100 % ownership | Unknown | 0.00 | | 0.00 | FA |
| 12 | 401 (k): Cardiology Consultants of Philadelphia, P.C. 401 (k) Profit Sharing Plan | 42,680.56 | 0.00 | | 0.00 | FA |
| 13 | Trademark - MyPrivateHeart, LLC Serial Number 86300120 Registration Number 4305376 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Various domains: www.phillyheart.com www.phillyheart.net www.phillyheart.org www. myprivateheart. net www.myprivateheart.org www.cardiacconcierge.org | Unknown | 0.00 | | 0.00 | FA |
| 15 | Cardiovascular Medical Associates, P.C. - 75& interest | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Genworth Long Term Care Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Two Stethoscopes | 150.00 | 0.00 | | 0.00 | FA |
| 18* | Fraudulent conveyance action against the debtor's spouse for recovery of real estate (u)<br>4/10/24 Order approving Settlement, Doc. #64 (See Footnote) | 0.00 | 1,500,000.00 | | 142,412.98 | FA |
| 19* | Inheritence from Estate of Janet Nimoityn (u)<br>asset added per schedule s Doc 71 (See Footnote) | Unknown | Unknown | | 274,302.35 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$58,612.06** | **$1,500,000.00** | | **$416,715.33** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

| | |
|---|---|
| **Case No.:** 20-14467-PMM | **Trustee Name:** (500770) Christine C. Shubert |
| **Case Name:** PHILIP NIMOITYN | **Date Filed (f) or Converted (c):** 11/17/2020 (f) |
| | **§ 341(a) Meeting Date:** 12/23/2020 |
| **For Period Ending:** 07/11/2024 | **Claims Bar Date:** 04/01/2021 |

| | |
|---|---|
| RE PROP# 18 | adversary filed - 21-00010 - answer filed -  debtor filed appeal of order denying conversion to chapter 11 -  settlement reached with the parties and a 9019 motion was filed .   An objection to the motion was filed by the IRS and a hearing on the objection is scheduled for 7/20/22 |
| RE PROP# 19 | this is a post petition inheritance - the amount of the inheritance is still not known |

**Major Activities Affecting Case Closing:**

    The court denied the approval of the 9019  motion.  Awaiting ruling on the motion for summary Judgement - 11/23

    The motion to approve the settlement is under advisement by the Bankruptcy Court.   This motion has been under advisement since the end of 2022.   The motion for summary Judgment is also pending in the Bankruptcy Court.    If the court enters an order in favor of the Trustee in the Motion for Summary Judgment, liquidation of the real estate will take place.   If the Court denies the motion  to approve the settlement, and the trustee does not prevail in the Motion for summary Judgment, the court will schedule a trial on the adversary.   6/23

    Trustee commenced litigation against the debtor's non filing spouse for a fraudulent conveyance.   The debtor attempted to convert to Chapter 11.  Judge Coleman denied the motion to convert.   The debtor has filed an appeal .   The litigation against the spouse will continue.    updated 6/21

    I commenced litigation against the debtor's non filing spouse for a fraudulent conveyance.     The debtor attempted to convert the case to Chapter 11, which was denied by Judge Coleman.   The debtor appealed the ruling and the matter is pending in District Court.   The debtor filed a motion for a stay pending appeal which was also denied by Judge Coleman. There is a pending motion for Summary Judgment which I filed and the hearing on the motion is scheduled for 12/15/21.

    The Trustee and the debtor and wife entered into a settlement agreement based upon the IRS taking the position that they were not secured on the litigation recovery.   After the 9019 motion was filed to seek court approval, the IRS changed its position and maintained that they were secured on the settlement proceeds, thereby leaving no funds for unsecured creditors.   The hearing on the 9019 was continued to 7/20/22 in order for the parties to see if the issues could be resolved.   6/22

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/15/2021 | **Current Projected Date Of Final Report (TFR):** 05/13/2024 (Actual) |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 20-14467-PMM | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | PHILIP NIMOITYN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6651 | Account #: | ******0303 Checking |
| For Period Ending: | 07/11/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/22 | {18} | Hilary Nimoityn | WIRE FROM HILLARY NIMOITYN for settlement of adversary against the debtor and his wife | 1241-000 | 391,515.33 | | 391,515.33 |
| 03/28/22 | | Metropolitan Commercial Bank | Banking and Technology Service Fee (Wire Fee) - Refund | 2600-000 | | -10.00 | 391,525.33 |
| 03/28/22 | | Metropolitan Commercial Bank | Banking and Technology Service Fee (Wire Fee) | 2600-000 | | 10.00 | 391,515.33 |
| 05/03/22 | 101 {18} | Hillary Nimoityn | refund Voided on 07/12/2022 | 1241-004 | -391,515.33 | | 0.00 |
| 07/12/22 | 101 {18} | Hillary Nimoityn | refund Voided: check issued on 05/03/2022 | 1241-004 | 391,515.33 | | 391,515.33 |
| 08/10/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX9506 | Transition Debit to TriState Capital Bank acct XXXXXX9506 | 9999-000 | | 391,515.33 | 0.00 |
| | | **COLUMN TOTALS** | | | 391,515.33 | 391,515.33 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 391,515.33 | |
| | | **Subtotal** | | | 391,515.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$391,515.33** | **$0.00** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

| | Form 2 | | Exhibit B |
|---|---|---|---|
| | Cash Receipts And Disbursements Record | | Page: 2 |

| | | |
|---|---|---|
| **Case No.:** 20-14467-PMM | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** PHILIP NIMOITYN | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***6651 | **Account #:** | ******9506 Checking Account |
| **For Period Ending:** 07/11/2024 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX0303 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX0303 | 9999-000 | 391,515.33 | | 391,515.33 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 585.66 | 390,929.67 |
| 10/10/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -585.66 | 391,515.33 |
| 11/09/23 | 2000 {18} | Hillary Niimoityn | return of funds to buyer after court ruling on 9019 motion per order of 10/25/23 | 1241-000 | -391,515.33 | | 0.00 |
| | | COLUMN TOTALS | | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 391,515.33 | 0.00 | |
| | | **Subtotal** | | | -391,515.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **-$391,515.33** | **$0.00** | |

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 3 |

| | | |
|---|---|---|
| **Case No.:** 20-14467-PMM | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** PHILIP NIMOITYN | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***6651 | **Account #:** | ******6000 checking inheritance |
| **For Period Ending:** 07/11/2024 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/23/23 | {19} | Estate of Janet Nimoityn | receipt of full and final distribution from Estate of Janet Nimoityn | 1229-000 | 274,302.35 | | 274,302.35 |
| 01/05/24 | 10001 | International Sureties | bond # 612419176 | 2300-000 | | 193.03 | 274,109.32 |
| 05/01/24 | {18} | Bielli and Klauder LLC | payment per settlement agreement order signed 4/10/24 DI 14 adv. 21-00010 | 1241-000 | 142,412.98 | | 416,522.30 |
| | | **COLUMN TOTALS** | | | 416,715.33 | 193.03 | $416,522.30 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 416,715.33 | 193.03 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $416,715.33 | $193.03 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-14467-PMM | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | PHILIP NIMOITYN | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6651 | **Account #:** | ******6000 checking inheritance |
| **For Period Ending:** | 07/11/2024 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $416,715.33 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $416,715.33 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0303 Checking | $391,515.33 | $0.00 | $0.00 |
| ******9506 Checking Account | -$391,515.33 | $0.00 | $0.00 |
| ******6000 checking inheritance | $416,715.33 | $193.03 | $416,522.30 |
| | **$416,715.33** | **$193.03** | **$416,522.30** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 20-14467-PMM PHILIP NIMOITYN

Claims Bar Date: 04/01/21

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY EXP | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>1/14/21 Order to Employ, Doc. #34 | Administrative<br>05/10/24 | | $1,256.12<br>$1,256.12 | $0.00 | $1,256.12 |
| ATTY FEE | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>1/14/21 Order to Employ, Doc. #34; voluntarily reduced to allow payment to to IRS penalty claim | Administrative<br>05/10/24 | | $80,990.00<br>$80,990.00 | $0.00 | $80,990.00 |
| BOND | International Sureties,<br><2300-000 Bond Payments><br>, 200 | Administrative<br>01/05/24 | | $0.00<br>$193.03 | $193.03 | $0.00 |
| Court | Clerk US Bankruptcy Court, EDPA<br>U.S. Bankruptcy Court, Suite 400, Robert N.C. Nix Building<br>900 Market Street<br>Philadelphia, PA 19107<br><2700-000 Clerk of the Court Costs><br>, 200<br>Adversary Fee Per Docket 113 | Administrative<br>05/10/24 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| FEE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/01/24 | | $24,085.77<br>$24,085.77 | $0.00 | $24,085.77 |
| TE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>05/10/24 | | $6.66<br>$6.66 | $0.00 | $6.66 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case: 20-14467-PMM PHILIP NIMOITYN**

Claims Bar Date: 04/01/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Valid Priority Portion | Priority 02/05/21 | | $34,884.66 $34,884.66 | $0.00 | $34,884.66 |
| 1 | Posel Enterprises c/o Jessica M. Gulash, Esquire Lundy, Beldecos & Milby, P.C., 450 N. Narberth Avenue, Suite 200 Narberth, PA 19072 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 01/06/21 | | $200,000.00 $200,000.00 | $0.00 | $200,000.00 |
| 2 | GreatAmerica Financial Services Corporation ATTN: Peggy Upton P.O. Box 609 Cedar Rapids, IA 52406 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 01/07/21 | | $4,322.91 $4,322.91 | $0.00 | $4,322.91 |
| 3 | Toyota Motor Credit Corporation c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 01/28/21 | | $2,861.79 $2,861.79 | $0.00 | $2,861.79 |
| 4PPen | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 <7300-000 Fines, Penalties - § 726(a)(4)> , 620 Valid Priority Penalty Portion | Unsecured 02/05/21 | | $952.10 $952.10 | $0.00 | $952.10 |
| 4Pen | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 <7300-000 Fines, Penalties - § 726(a)(4)> , 630 Valid Penalty Portion | Unsecured 02/05/21 | | $149,887.80 $149,887.80 | $0.00 | $149,887.80 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 20-14467-PMM PHILIP NIMOITYN

Claims Bar Date: 04/01/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 02/05/21 | | $48,452.74 $48,452.74 | $0.00 | $48,452.74 |
| 6 | Richard Arrowsmith, Liquidating Trustee of HDL c/o Franklin R. Cragle, III Hirschler, 2100 East Cary Street Richmond, VA 23223 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 03/05/21 | | $16,985.50 $16,985.50 | $0.00 | $16,985.50 |
| 7 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 03/08/21 | | $1,316.80 $1,316.80 | $0.00 | $1,316.80 |
| | | | Case Total: | | $193.03 | $566,352.85 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-14467-PMM
Case Name: PHILIP NIMOITYN
Trustee Name: Christine C. Shubert

**Balance on hand:**   $   416,522.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   416,522.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 24,085.77 | 0.00 | 24,085.77 |
| Trustee, Expenses - Christine C. Shubert | 6.66 | 0.00 | 6.66 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Bond Payments - International Sureties | 193.03 | 193.03 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 80,990.00 | 0.00 | 80,990.00 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 1,256.12 | 0.00 | 1,256.12 |

Total to be paid for chapter 7 administrative expenses:   $   106,688.55
Remaining balance:   $   309,833.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   309,833.75

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $34,884.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4P | Internal Revenue Service | 34,884.66 | 0.00 | 34,884.66 |

|   |   |   |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 34,884.66 |
| Remaining balance: | $ | 274,949.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $273,939.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Posel Enterprises | 200,000.00 | 0.00 | 200,000.00 |
| 2 | GreatAmerica Financial Services Corporation | 4,322.91 | 0.00 | 4,322.91 |
| 3 | Toyota Motor Credit Corporation | 2,861.79 | 0.00 | 2,861.79 |
| 5 | American Express National Bank | 48,452.74 | 0.00 | 48,452.74 |
| 6 | Richard Arrowsmith, Liquidating Trustee of HDL | 16,985.50 | 0.00 | 16,985.50 |
| 7 | American Express National Bank | 1,316.80 | 0.00 | 1,316.80 |

|   |   |   |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 273,939.74 |
| Remaining balance: | $ | 1,009.35 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|   |   | None |   |   |

|   |   |   |
|---|---:|---:|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,009.35 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $150,839.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.7 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4PPen | Internal Revenue Service | 952.10 | 0.00 | 952.10 |
| 4Pen | Internal Revenue Service | 149,887.80 | 0.00 | 57.25 |
|  | Total to be paid for subordinated claims: |  | $ | 1,009.35 |
|  | Remaining balance: |  | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**