IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

PHILIP NIMOITYN

Debtor

Chapter 7

Bankruptcy No. 20-14467-PMM

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT**

AND NOW, this _____ day of _____ 20___, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge