**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

In re: PHILIP NIMOITYN       § Case No. 20-14467-PMM
                             §
                             §
                             §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Christine C. Shubert, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $58,612.06 | Assets Exempt: | $62,060.56 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $309,833.75 | Claims Discharged Without Payment: | $143,198.90 |
| Total Expenses of Administration: | $106,881.58 | | |

3) Total gross receipts of $416,715.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $416,715.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $106,688.55 | $106,881.58 | $106,881.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $34,884.66 | $34,884.66 | $34,884.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $926,411.48 | $424,779.64 | $417,866.99 | $274,949.09 |
| **TOTAL DISBURSEMENTS** | $926,411.48 | $566,352.85 | $559,633.23 | $416,715.33 |

4) This case was originally filed under chapter 7 on 11/17/2020. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2025          By: /s/ Christine C. Shubert
                                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritence from Estate of Janet Nimoityn | 1229-000 | $274,302.35 |
| Fraudulent conveyance action against the debtor's spouse for recovery of real estate | 1241-000 | $142,412.98 |
| TOTAL GROSS RECEIPTS | | $416,715.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 2100-000 | NA | $24,085.77 | $24,085.77 | $24,085.77 |
| Trustee, Expenses - Christine C. Shubert | 2200-000 | NA | $6.66 | $6.66 | $6.66 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $193.03 | $193.03 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 3210-000 | NA | $80,990.00 | $80,990.00 | $80,990.00 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 3220-000 | NA | $1,256.12 | $1,256.12 | $1,256.12 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $106,688.55 | $106,881.58 | $106,881.58 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service | 5800-000 | NA | $34,884.66 | $34,884.66 | $34,884.66 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $34,884.66 | $34,884.66 | $34,884.66 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Posel Enterprises | 7100-000 | $256,356.98 | $200,000.00 | $200,000.00 | $200,000.00 |
| 2 | GreatAmerica Financial Services Corporation | 7100-000 | NA | $4,322.91 | $4,322.91 | $4,322.91 |
| 3 | Toyota Motor Credit Corporation | 7100-000 | $11,109.00 | $2,861.79 | $2,861.79 | $2,861.79 |
| 4PPen | Internal Revenue Service | 7300-000 | NA | $952.10 | $952.10 | $952.10 |
| 4Pen | Internal Revenue Service | 7300-000 | $591,979.26 | $149,887.80 | $149,887.80 | $6,969.90 |
| 5 | American Express National Bank | 7100-000 | $48,452.00 | $48,452.74 | $48,452.74 | $48,452.74 |
| 6 | Richard Arrowsmith, Liquidating Trustee of HDL | 7100-000 | $16,917.24 | $16,985.50 | $10,072.85 | $10,072.85 |
| 7 | American Express National Bank | 7100-000 | $1,316.00 | $1,316.80 | $1,316.80 | $1,316.80 |
| N/F | Contract Callers Inc | 7100-000 | $281.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$926,411.48** | **$424,779.64** | **$417,866.99** | **$274,949.09** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 20-14467-PMM | Trustee Name: | (500770) Christine C. Shubert |
|---|---|---|---|
| Case Name: | PHILIP NIMOITYN | Date Filed (f) or Converted (c): | 11/17/2020 (f) |
| | | § 341(a) Meeting Date: | 12/23/2020 |
| For Period Ending: | 01/10/2025 | Claims Bar Date: | 04/01/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2009 Jeep Grand Cherokee 72200 miles | 2,241.50 | 0.00 | | 0.00 | FA |
| 2 | Two Cell Phones | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Tennis Raquet | 30.00 | 0.00 | | 0.00 | FA |
| 4 | Various Clothing Articles | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Books | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 60.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Santander Bank (Joint Account) ending 8017 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account: Santander Bank (Joint Account) ending 2255 | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Neutraceutical Holdings 400 Units | 8,000.00 | 0.00 | | 0.00 | FA |
| 11 | MyPrivateHeart, LLC 100 % ownership | Unknown | 0.00 | | 0.00 | FA |
| 12 | 401 (k): Cardiology Consultants of Philadelphia, P.C. 401 (k) Profit Sharing Plan | 42,680.56 | 0.00 | | 0.00 | FA |
| 13 | Trademark - MyPrivateHeart, LLC Serial Number 86300120 Registration Number 4305376 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Various domains: www.phillyheart.com www.phillyheart.net www.phillyheart.org www. myprivateheart. net www.myprivateheart.org www.cardiacconcierge.org | Unknown | 0.00 | | 0.00 | FA |
| 15 | Cardiovascular Medical Associates, P.C. - 75& interest | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Genworth Long Term Care Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Two Stethoscopes | 150.00 | 0.00 | | 0.00 | FA |
| 18* | Fraudulent conveyance action against the debtor's spouse for recovery of real estate (u)<br>4/10/24 Order approving Settlement, Doc. #64 (See Footnote) | 0.00 | 1,500,000.00 | | 142,412.98 | FA |
| 19* | Inheritence from Estate of Janet Nimoityn (u)<br>asset added per schedule s Doc 71 (See Footnote) | Unknown | Unknown | | 274,302.35 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$58,612.06** | **$1,500,000.00** | | **$416,715.33** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 20-14467-PMM  
**Case Name:** PHILIP NIMOITYN  
**For Period Ending:** 01/10/2025

**Trustee Name:** (500770) Christine C. Shubert  
**Date Filed (f) or Converted (c):** 11/17/2020 (f)  
**§ 341(a) Meeting Date:** 12/23/2020  
**Claims Bar Date:** 04/01/2021

| | |
|---|---|
| RE PROP# 18 | adversary filed - 21-00010 - answer filed - debtor filed appeal of order denying conversion to chapter 11 - settlement reached with the parties and a 9019 motion was filed . An objection to the motion was filed by the IRS and a hearing on the objection is scheduled for 7/20/22 |
| RE PROP# 19 | this is a post petition inheritance - the amount of the inheritance is still not known |

**Major Activities Affecting Case Closing:**

The court denied the approval of the 9019 motion. Awaiting ruling on the motion for summary Judgement - 11/23

The motion to approve the settlement is under advisement by the Bankruptcy Court. This motion has been under advisement since the end of 2022. The motion for summary Judgment is also pending in the Bankruptcy Court. If the court enters an order in favor of the Trustee in the Motion for Summary Judgment, liquidation of the real estate will take place. If the Court denies the motion to approve the settlement, and the trustee does not prevail in the Motion for summary Judgment, the court will schedule a trial on the adversary. 6/23

Trustee commenced litigation against the debtor's non filing spouse for a fraudulent conveyance. The debtor attempted to convert to Chapter 11. Judge Coleman denied the motion to convert. The debtor has filed an appeal . The litigation against the spouse will continue. updated 6/21

I commenced litigation against the debtor's non filing spouse for a fraudulent conveyance. The debtor attempted to convert the case to Chapter 11, which was denied by Judge Coleman. The debtor appealed the ruling and the matter is pending in District Court. The debtor filed a motion for a stay pending appeal which was also denied by Judge Coleman. There is a pending motion for Summary Judgment which I filed and the hearing on the motion is scheduled for 12/15/21.

The Trustee and the debtor and wife entered into a settlement agreement based upon the IRS taking the position that they were not secured on the litigation recovery. After the 9019 motion was filed to seek court approval, the IRS changed its position and maintained that they were secured on the settlement proceeds, thereby leaving no funds for unsecured creditors. The hearing on the 9019 was continued to 7/20/22 in order for the parties to see if the issues could be resolved. 6/22

**Initial Projected Date Of Final Report (TFR):** 12/15/2021    **Current Projected Date Of Final Report (TFR):** 05/13/2024 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 20-14467-PMM | **Trustee Name:** | Christine C. Shubert (500770) | |
| **Case Name:** | PHILIP NIMOITYN | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***6651 | **Account #:** | ******0303 Checking | |
| **For Period Ending:** | 01/10/2025 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/22 | {18} | Hilary Nimoityn | WIRE FROM HILLARY NIMOITYN for settlement of adversary against the debtor and his wife | 1241-000 | 391,515.33 | | 391,515.33 |
| 03/28/22 | | Metropolitan Commercial Bank | Banking and Technology Service Fee (Wire Fee) - Refund | 2600-000 | | -10.00 | 391,525.33 |
| 03/28/22 | | Metropolitan Commercial Bank | Banking and Technology Service Fee (Wire Fee) | 2600-000 | | 10.00 | 391,515.33 |
| 05/03/22 | 101 {18} | Hillary Nimoityn | refund Voided on 07/12/2022 | 1241-004 | -391,515.33 | | 0.00 |
| 07/12/22 | 101 {18} | Hillary Nimoityn | refund Voided: check issued on 05/03/2022 | 1241-004 | 391,515.33 | | 391,515.33 |
| 08/10/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX9506 | Transition Debit to TriState Capital Bank acct XXXXXX9506 | 9999-000 | | 391,515.33 | 0.00 |
| | | **COLUMN TOTALS** | | | 391,515.33 | 391,515.33 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 391,515.33 | |
| | | **Subtotal** | | | 391,515.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$391,515.33** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 20-14467-PMM | **Trustee Name:** | Christine C. Shubert (500770) | |
| **Case Name:** | PHILIP NIMOITYN | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***6651 | **Account #:** | ******9506 Checking Account | |
| **For Period Ending:** | 01/10/2025 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX0303 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX0303 | 9999-000 | 391,515.33 | | 391,515.33 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 585.66 | 390,929.67 |
| 10/10/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -585.66 | 391,515.33 |
| 11/09/23 | 2000 {18} | Hillary Niimoityn | return of funds to buyer after court ruling on 9019 motion per order of 10/25/23 | 1241-000 | -391,515.33 | | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | | 391,515.33 | 0.00 | |
| **Subtotal** | | -391,515.33 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **-$391,515.33** | **$0.00** | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 20-14467-PMM | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | PHILIP NIMOITYN | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6651 | Account #: | ******6000 checking inheritance |
| For Period Ending: | 01/10/2025 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/23/23 | {19} | Estate of Janet Nimoityn | receipt of full and final distribution from Estate of Janet Nimoityn | 1229-000 | 274,302.35 | | 274,302.35 |
| 01/05/24 | 10001 | International Sureties | bond # 612419176 | 2300-000 | | 193.03 | 274,109.32 |
| 05/01/24 | {18} | Bielli and Klauder LLC | payment per settlement agreement order signed 4/10/24 DI 14 adv. 21-00010 | 1241-000 | 142,412.98 | | 416,522.30 |
| 09/09/24 | 10002 | Karalis, PC | Distribution payment - Dividend paid at 100.00% of $1,256.12; Claim # ATTY EXP; Filed: $1,256.12 | 3220-000 | | 1,256.12 | 415,266.18 |
| 09/09/24 | 10003 | Karalis, PC | Distribution payment - Dividend paid at 100.00% of $80,990.00; Claim # ATTY FEE; Filed: $80,990.00 | 3210-000 | | 80,990.00 | 334,276.18 |
| 09/09/24 | 10004 | Clerk US Bankruptcy Court, EDPA | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # Court; Filed: $350.00 | 2700-000 | | 350.00 | 333,926.18 |
| 09/09/24 | 10005 | Christine C. Shubert | Distribution payment - Dividend paid at 100.00% of $24,085.77; Claim # FEE; Filed: $24,085.77 | 2100-000 | | 24,085.77 | 309,840.41 |
| 09/09/24 | 10006 | Christine C. Shubert | Distribution payment - Dividend paid at 100.00% of $6.66; Claim # TE; Filed: $6.66 | 2200-000 | | 6.66 | 309,833.75 |
| 09/09/24 | 10007 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $34,884.66; Claim # 4P; Filed: $34,884.66 | 5800-000 | | 34,884.66 | 274,949.09 |
| 09/09/24 | 10008 | Posel Enterprises | Distribution payment - Dividend paid at 100.00% of $200,000.00; Claim # 1; Filed: $200,000.00 | 7100-000 | | 200,000.00 | 74,949.09 |
| 09/09/24 | 10009 | GreatAmerica Financial Services Corporation | Distribution payment - Dividend paid at 100.00% of $4,322.91; Claim # 2; Filed: $4,322.91 | 7100-000 | | 4,322.91 | 70,626.18 |
| 09/09/24 | 10010 | Toyota Motor Credit Corporation | Distribution payment - Dividend paid at 100.00% of $2,861.79; Claim # 3; Filed: $2,861.79 | 7100-000 | | 2,861.79 | 67,764.39 |
| 09/09/24 | 10011 | American Express National Bank | Distribution payment - Dividend paid at 100.00% of $48,452.74; Claim # 5; Filed: $48,452.74 | 7100-000 | | 48,452.74 | 19,311.65 |
| 09/09/24 | 10012 | Richard Arrowsmith, Liquidating Trustee of HDL | Distribution payment - Dividend paid at 100.00% of $16,985.50; Claim # 6; Filed: $16,985.50 | 7100-000 | | 16,985.50 | 2,326.15 |
| 09/09/24 | 10013 | American Express National Bank | Distribution payment - Dividend paid at 100.00% of $1,316.80; Claim # 7; Filed: $1,316.80 | 7100-000 | | 1,316.80 | 1,009.35 |
| 09/09/24 | 10014 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $952.10; Claim # 4PPen; Filed: $952.10 | 7300-000 | | 952.10 | 57.25 |
| 09/09/24 | 10015 | Internal Revenue Service | Distribution payment - Dividend paid at 0.04% of $149,887.80; Claim # 4Pen; Filed: $149,887.80 | 7300-000 | | 57.25 | 0.00 |
| 12/03/24 | | Health Diagnostic Laboratory | return of final distribution due to the debtor owing less than the proof of claim | 7100-000 | | -6,912.65 | 6,912.65 |
| 12/05/24 | 10016 | Internal Revenue Service | Distribution payment - Dividend paid at 4.61% of $149,887.80; Claim # 4Pen; Filed: $149,887.80 | 7300-000 | | 6,912.65 | 0.00 |

Page Subtotals:   $416,715.33   $416,715.33

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 20-14467-PMM | **Trustee Name:** | Christine C. Shubert (500770) | |
| **Case Name:** | PHILIP NIMOITYN | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***6651 | **Account #:** | ******6000 checking inheritance | |
| **For Period Ending:** | 01/10/2025 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 416,715.33 | 416,715.33 | $0.00 |
| | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | 416,715.33 | 416,715.33 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $416,715.33 | $416,715.33 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 20-14467-PMM | | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** PHILIP NIMOITYN | | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***6651 | | **Account #:** | ******6000 checking inheritance |
| **For Period Ending:** 01/10/2025 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0303 Checking | $391,515.33 | $0.00 | $0.00 |
| ******9506 Checking Account | -$391,515.33 | $0.00 | $0.00 |
| ******6000 checking inheritance | $416,715.33 | $416,715.33 | $0.00 |
| | **$416,715.33** | **$416,715.33** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)